**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-30312 |
| Plaintiff - Appellee, | D.C. No. 1:08-cr-00119-EJL |
| v. | |
| FAUSTINO CRESPIN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Idaho
Edward J. Lodge, District Judge, Presiding

Submitted August 23, 2010[**]

Before:    LEAVY, HAWKINS, and THOMAS, Circuit Judges.

Faustino Crespin appeals from the 80-month sentence imposed following his

guilty-plea conviction for malicious damage to a building by fire, in violation of 18

U.S.C. § 844(f)(1).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Crespin contends that the court failed to consider defendant-specific mitigating factors as part of its 18 U.S.C. § 3553(a) analysis, and that the sentence was greater than necessary to achieve the goals of sentencing. The record reflects that the district court carefully considered the 18 U.S.C. § 3553(a) sentencing factors, including Crespin's arguments in mitigation, and provided a well-reasoned and thorough explanation for the sentence imposed. The district court did not procedurally err, and the sentence is substantively reasonable under the totality of the circumstances. *See Gall v. United States*, 552 U.S. 38, 51 (2007)*; see also United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc).

**AFFIRMED.**